# Order

Michigan Supreme Court
Lansing, Michigan

April 27, 2012

144939 & (28)(29)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DEPARTMENT OF TRANSPORTATION,
  Plaintiff-Appellee,

v

DETROIT INTERNATIONAL BRIDGE
COMPANY,
  Defendant-Appellant,

and

SAFECO INSURANCE COMPANY OF
AMERICA,
  Defendant.

_____/

SC: 144939
COA: 309389
Wayne CC: 09-015581-CK

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 12, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for peremptory reversal and/or for stay of enforcement is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2012

_____
Clerk

h0424